IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WENDY K. BLADES,
Plaintiff,

v.

J&S PROFESSIONAL PHARMACY, INC.
and
JOYCE FOGLEMAN,
Defendants.

Case No. 18–CV–01369–JPG

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Wendy K. Blades's Amended Complaint against Defendants J&S Professional Pharmacy, Inc. and Joyce Fogleman is **DISMISSED WITH PREJUDICE**.

**Dated: Friday, March 26, 2021**

MARGARET M. ROBERTIE
CLERK OF COURT

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
           **J. PHIL GILBERT**
           **UNITED STATES DISTRICT JUDGE**